No. 71–536. WILKINS, ADMINISTRATRIX *v.* AMERICAN EXPORT ISBRANDTSEN LINES, INC.; and

No. 71–542. AMERICAN EXPORT ISBRANDTSEN LINES, INC. *v.* WILKINS, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. Reported below: 446 F. 2d 480.

No. 71–537. ANSUL CO. ET AL. *v.* UNIROYAL, INC.; and

No. 71–539. UNIROYAL, INC. *v.* LOUISVILLE CHEMICAL CO. C. A. 2d Cir. Certiorari denied. Reported below: 448 F. 2d 872.

No. 71–541. WHITAKER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 71–543. VON ZAMFT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–544. SALYER LAND CO. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (KINGS COUNTY DEVELOPMENT CO., REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–545. UNITED STATES STEEL CORP. *v.* BLAIR. C. A. 3d Cir. Certiorari denied. 

No. 71–546. LOS ANGELES NEWSPAPER GUILD, LOCAL 69, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. 

No. 71–547. JIMENEZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–552. PHILADELPHIA NEWSPAPER PRINTING PRESSMEN'S UNION LOCAL NO. 16 *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied.